IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONALD C MANNING,

    Plaintiff,

v.                                                             CASE NO. 1:08-cv-00164-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The Plaintiff filed an objection, Doc. 18, and the Defendant filed a response at Doc. 19. The Court has conducted a de novo review of the objected to portions of the Report and Recommendation.

The Administrative Law Judge found that although Plaintiff had Reynaud's Syndrome (a condition where the hands and fingers become cold and numb due to restricted blood flow to the hands), he was still capable of performing light work. The primary treating physician, Dr. Powell, opined several times from 2004 to 2006 that Plaintiff could return to work, but with certain conditions such as avoiding "vibratory equipment, any cold exposure, or any caustic chemical exposure." Despite these prior opinions, in 2007, Dr. Powell completed a "Clinical Assessment of Pain" form where he opined that Plaintiff had mild pain but had "extreme" limitations in the ability to complete a normal work week (Tr. 306-07). He stated that Plaintiff could not feel much with his fingers and was at constant risk of injuring himself (Tr. 308). Thus,

the doctor opined that Plaintiff was unable to work (Tr. 310).

The Administrative Law Judge gave little weight to this 2007 report about Plaintiff's condition because it conflicted with the doctor's own contemporaneous opinions and treatment notes. The Court agrees with the Magistrate Judge that the Administrative Law Judge thus sufficiently explained his rejection of this opinion of the treating physician. Additionally, the Court agrees with the Magistrate Judge that the Administrative Law Judge included all of the severe impairments found by the Administrative Law Judge in the hypothetical to the vocational expert. Thus, the Administrative Law Judge properly relied upon the opinion of the vocational expert that light work jobs exist that Plaintiff could perform with his level of impairment. It is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this _15th_ day of March, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge